NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3229

SHARON S. SIMON,

Petitioner,

v.

DEPARTMENT OF COMMERCE,

Respondent.

Petition for review of the Merit Systems Protection Board in
CH0752080336-I-1.

Before LOURIE, Circuit Judge.

## O R D E R

Upon review of the opening brief recently submitted by Sharon S. Simon, the court notes that all pages of the brief are blank.

Upon consideration thereof,

IT IS ORDERED THAT:

The brief is rejected for filing. Simon's brief is due within 14 days of the date of filing of this order. No further extensions should be anticipated.

FOR THE COURT

NOV 2 5 2009
_____
Date

/s/ Jan Horbaly_____
Jan Horbaly
Clerk

cc:   Joseph E. Blandford, Jr., Esq.
      Jane W. Vanneman, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 5 2009

JAN HORBALY
CLERK